United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 03, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 19-36300** |
| **WALKER COUNTY HOSPITAL** | § | |
| **CORPORATION,** | § | **CHAPTER 11** |
| | § | |
| **Debtor.** | § | |
| | § | |
| **WALKER COUNTY HOSPITAL** | § | |
| **CORPORATION, *et al.*,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **ADVERSARY NO. 22-3099** |
| | § | |
| **SHANNON L. BROWN,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ON MOTION TO DISMISS AND MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to the Memorandum Opinion entered on this date, the Court orders:

1. Allied World's *Motion to Dismiss* (ECF No. 13) is denied.

2. Allied World is liable for damages caused to Shannon L. Brown from its denials of coverage and indemnity.

3. Up to the limits of its coverage, Allied World must indemnify Shannon L. Brown for his liability, if any, in this adversary proceeding.

4. The Court will conduct a status conference on October 24, 2024, at 9:00 AM to (i) set a trial schedule to determine Brown's liability, if any, to the Estate; and (ii) set a trial schedule on the quantification of damages, if any, owed by Allied World to Brown.

SIGNED 10/03/2024

Marvin Isgur
United States Bankruptcy Judge