United States District Court
Southern District of Texas
**ENTERED**
July 14, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WALKER COUNTY HOSPITAL CORPORATION, | § | ADVERSARY NO. 22-3099 |
| | § | |
| | § | |
| *Debtor*. | § | |
| | § | |
| | § | |
| ALLIED WORLD SPECIALTY INSURANCE COMPANY, | § | CIVIL ACTION NO. 4:24-cv-4086 |
| | § | |
| | § | |
| *Appellant*. | § | |

**ORDER**

In the last Joint Status Report, the parties advised the Court that they were going to file status reports every 30 days. (Doc. No. 5 at 2). The last status report, however, was on March 28, 2025, and the parties have not filed one for April, May, or June. Therefore, the Court orders the parties to file an updated status report no later than August 8, 2025, bringing the Court up-to-date as of July 31, 2025.

It is so ordered.

Signed on this the 14th day of July, 2025.

Andrew S. Hanen
United States District Judge