**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>WALKER COUNTY HOSPITAL CORPORATION, d/b/a HUNTSVILLE MEMORIAL HOSPITAL,<br><br>Debtor and Debtor in Possession.[1] | Chapter 11<br><br>Case No. 19-36300 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WALKER COUNTY HOSPITAL CORPORATION AND WALKER COUNTY HOSPITAL CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SHANNON L. BROWN,<br><br>Defendant.<br><br>SHANNON L. BROWN,<br><br>Cross-Claimant,<br><br>vs.<br><br>ALLIED WORLD SPECIALTY INSURANCE COMPANY,<br><br>Cross-Defendant. | Adv. Pro. No. 22-03099 |

**AGREED STIPULATION OF VOLUNTARY DISMISSAL
OF ADVERSARY PROCEEDING AND CROSS-CLAIM**

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

[1] The last four digits of the Debtor's federal tax identification number are: 0960. The location of the Debtor's service address is: Walker County Hospital Corporation d/b/a Huntsville Memorial Hospital, c/o Healthcare Management Partners, LLC, 1033 Demonbreun Street, Suite 300, Nashville, TN 37203.

Walker County Hospital Corporation as debtor and debtor in possession (the "***Debtor***") and the Official Committee of Unsecured Creditors of the Debtor (the "***Committee***" and, together with the Debtor, the "***Plaintiffs***") initiated this proceeding on March 25, 2022.

Shannon L. Brown (the "***Defendant***") filed the *Shannon L. Brown's Cross-Claim for Breach of Contract and Declaratory Judgment on Duty to Defend Against Cross-Claim Defendant Allied World Specialty Insurance Company* [Docket No. 8] (the "Cross-Claim") on May 3, 2022.

Pursuant to Rule 41 of the Federal Rule of Civil Procedure, incorporated by Rule 7041 of the Federal Rule of Bankruptcy Procedure, Defendant hereby dismisses, with prejudice, the claims asserted in the Cross-Claim, with all parties to bear their own costs and attorneys' fees.

Pursuant to Rule 41 of the Federal Rule of Civil Procedure, incorporated by Rule 7041 of the Federal Rule of Bankruptcy Procedure, Plaintiffs hereby dismiss, with prejudice, the claims asserted in this adversary proceeding in its entirety, with all parties to bear their own costs and attorneys' fees.

All parties that have appeared in this proceeding have agreed to this dismissal as evidenced by the signatures of counsel below.

*[Signatures on the following page.]*

Respectfully submitted,

/s/ Blake D. Roth
Blake D. Roth (Federal ID No. 2666808)
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, TN 37219
Tel.: (615) 244-6380
Email: Blake.Roth@hklaw.com

*Counsel for the Plaintiff Debtor and Debtor in Possession*

/s/ Jason S. Brookner
Jason S. Brookner
**GRAY REED & MCGRAW LLP**
Texas Bar No. 24033684
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Tel.: (713) 986-7000
Email: jbrookner@grayreed.com

*-and-*

George Angelich, pro hac vice
Nicholas A. Marten, pro hac vice
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Tel.: (212) 484-3900
Email: George.Angelich@afslaw.com
Nicholas.Marten@afslaw.com

*Counsel for Plaintiff Official Committee of Unsecured Creditors*

**AGREED AND SO STIPULATED:**

/s/ Michael D. Seale
Michael D. Seale
Federal ID No. 18556
**CRAIN, CATON & JAMES PC**
1401 McKinney Street, Suite 1700
Houston, Texas 77010
Tel.: 713-658-2323
Email: mseale@craincaton.com

*-and-*

J. James Cooper
Attorney-in-Charge
Tex. I.D. No. 04780010
**REED SMITH LLP**
811 Main Street, Suite 1700
Houston, Texas 77002
Tel.: 713.469.3800
Email: jcooper@reedsmith.com

*Counsel for Defendant*

/s/ Nicholas Zug
Nicholas Zugaro
Federal Id. No. 1054893
Texas Bar No. 24070905
**DYKEMA GOSSETT PLLC**
5 Houston Center
1401 McKinney Street, Suite 1625
Houston, Texas 77010
Tel.: 713.904.6883
Email: nzugaro@dykema.com

*-and-*

Jeffrey J. Ward (*pro hac vice*)
**DYKEMA GOSSETT PLLC**
1301 K Street, NW, Suite 1100 West
Washington, DC 20005
Tel.: 202-906-8657
Email: jward@dykema.com

*Counsel for Allied World Specialty Insurance Company*